UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>UTICA LLOYD'S OF TEXAS, a foreign insurer not authorized by the Washington insurance commissioner,<br><br>Defendant. | CASE NO. 2:19-cv-01359-BAT<br><br>**ORDER OF DISMISSAL** |

The parties having stipulated for dismissal of the above-entitled matter without prejudice and without an award of costs or expenses to either party (Dkt. 9); and the Court being fully advised in the premises; now, therefore,

IT IS **ORDERED, ADJUDGED AND DECREED** that this case is dismissed without prejudice and without costs or expenses.

DATED this 10th day of October, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER OF DISMISSAL - 1